UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN W. POKLEMBA,

    Plaintiff,

v.                                         Case No:  2:14-cv-152-FtM-38CM

TARGET CORPORATION,

    Defendant.
_____/

**ORDER[1]**

    This matter comes before the Court on Defendant's Response to Court's Order to Show Cause (Doc. #5) filed on April 2, 2014. John W. Poklemba initiated a lawsuit against Target Corporation on or about May 28, 2013, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. (Doc. #2). On February 19, 2014, Target received a response to a medical billing subpoena indicating that Poklemba's economic damages for past medical expenses was more than what was previously disclosed to Target. (Doc. #1, at 4). Therefore, Target contests on February 19, 2014, it first ascertained that this case was removable. Consequently, on March 18, 2014, Target filed a notice of removal pursuant to diversity jurisdiction. (Doc. #1). Upon review of the Complaint, Notice of Removal, and the accompanying exhibits, the Court found the required amount in controversy did not exist in this matter and therefore the Court was without jurisdiction to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

facilitate this case. (Doc. #4). The Court, however, gave Target ample time to establish this Court's jurisdiction based on the presence of diversity jurisdiction at the time of removal. (Doc. #4).

Diversity jurisdiction requires complete diversity of citizenship and that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a); Morrison v. Allstate Indem. Co., 228 F.3d 1255, 1261 (11th Cir. 2000). Upon review of Target's Response to the Order to Show Cause, the Court does not find the $24,494.50 worth of medical billing to be sufficient to meet the $75,000 minimum requirement. This amount is significantly less than the diversity requirement and accordingly, this Court does not have subject matter jurisdiction of this case.

Accordingly, it is now

**ORDERED:**

1. This matter is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

2. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

3. The Clerk is directed to **CLOSE** this case and terminate any and all previously scheduling deadlines and other pending motions as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record